

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2018

No. 04-18-00541-CR

**IN RE** Wilbert P. **STEWART**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice
            Irene Rios, Justice

On August 2, 2018, relator filed a pro se petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DISMISSED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 9, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1993-CR-0145, styled *The State of Texas v. Wilbert P. Stewart*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid L. Harle presiding.